UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMAN ROBINSON,<br><br>      Petitioner,<br><br>            v.<br><br>MICHAEL B. MUKASEY, *et al.*,<br><br>      Respondents. | Civil Action No.  07-2214 (JDB) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                          /s/
                                                    JOHN D. BATES
                                            United States District Judge

DATE: December 31, 2007