UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORMAN ROBINSON,

    Petitioner,

    v.                                                                                  Civil Action No. 07-2214 (JDB)

MICHAEL B. MUKASEY, *et al.*,

    Respondents.

## ORDER

    This matter is before the Court on petitioner's motion for reconsideration. He maintains that the statute under which he was prosecuted, convicted and sentenced was invalid, that his defense counsel rendered ineffective assistance by failing to raise the issue, and that the United States District Court for the Southern District of Alabama lacked subject matter jurisdiction over the criminal proceedings. These arguments are mere repetitions of those presented in his original petition. Such claims must be presented to the sentencing court in a motion under 28 U.S.C. § 2255. *See Taylor v. United States Bd. of Parole*, 194 F.2d 882, 883 (D.C. Cir. 1952); *Ojo v. Immigration & Naturalization Serv.*, 106 F.3d 680, 683 (5th Cir. 1997).

    Petitioner has filed his petition in the wrong federal district court, and dismissal of the petition without prejudice is proper. *See, e.g., Flores v. Mukasey*, No. 08-0387, 2008 WL 724019, at *1 (D.D.C. Mar. 17, 2008) (dismissing petition challenging conviction in the United States District Court for the Northern District of Texas); *Fuentes v. Attorney General for the United States*, No. 07-2158, 2007 WL 4270788, at *1 (D.D.C. Dec. 4, 2007) (dismissing petition challenging conviction in the United States District Court for the Northern District of Texas).

Accordingly, it is hereby

ORDERED that petitioner's motion for reconsideration [#5] is DENIED.

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

DATE: April 9, 2008